UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OH OHIO
WESTERN DIVISION AT CINCINNATI

IN RE                                          :

  Jeremy R. Dawson                  :         Case No.  18-11003

       Debtors                         :         Chapter 7 (Judge Hopkins)

:  :  :  :  :  :  :  :  :  :  :  :  :  :  :  :

**NOTICE OF CHANGE OF MAILING ADDRESS
OF LENDING CLUB CORPORATION**

:  :  :  :  :  :  :  :  :  :  :  :  :  :  :  :

    Debtor, by and through counsel, states that Creditor, Lending Club Corporation, has a new mailing address which is:

**Lending Club Corporation**
71 Stevenson Street, #100
San Francisco, CA 94105

/s/Harry B. Zornow
Harry B. Zornow(0022045)
Attorney for Debtor
860 NW Washington Blvd
Eden Roc, Suite J
Hamilton, OH 45013-4360
Phone: (513) 737-9770
Fax:    888-241-6246
zornowlaw@gmail.com

Certificate of Service

I hereby certify that a copy of the foregoing *Notice of Change of Lending Club Corporation*, was served **electronically** on the date filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court

/s/ Harry B. Zornow
Harry B. Zornow
Attorney for Debtor